UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

QIMIN CHEN,

Plaintiff,

v.

SCOTT VELEZ, Acting New York District Director, U.S. Citizenship and Immigration Services; TODD BLANCHE, Attorney General of the United States; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; and NATIONAL BENEFITS CENTER, U.S. Citizenship and Immigration Services,

Defendants.

-----------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**<u>WITHOUT PREJUDICE</u>**

Civil Action No.
26-cv-4838

(Garaufis, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
October 5, 2026

JIA LAW GROUP, P.C.
*Counsel for Plaintiff*
88 Pine Street
18th Floor
New York, New York 10005

By: *_/s/_*
Jason Jia, Esq.
(347) 897-6199
jason.jia@jiaesq.com

Dated: Brooklyn, New York
October 5, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: */s/ Daniel G. Saavedra*
Daniel G. Saavedra
Assistant U.S. Attorney
(718) 254-6360
daniel.saavedra@usdoj.gov

**So Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 10/9/26